## 9016.  Calhoun v. The State.

Broyles, P. J.  No error of law is complained of, and the evidence authorized the verdict.

> Judgment affirmed.  Bloodworth and Harwell, JJ., concur.
> Decided October 30, 1917.

.Indictment for larceny; from Miller superior court—Judge Worrill.  June 9, 1917.

Billie B. Bush, for plaintiff in error.

B. T. Castellow, solicitor-general, R. R. Arnold, contra.

## 9019.  Harris v. The State.

Broyles, P. J. 1.  On an indictment for rape the defendant can be convicted of the offense of an assault with intent to rape, although the indictment does not contain an allegation of an assault.

2. Under the facts of the case the court did not err in failing to instruct the jury upon the subjects of a mere assault, or an assault and battery.

3. The excerpts from the charge of the court, excepted to, when considered in connection with the charge in its entirety, and the facts of the case, are not erroneous for any reason assigned.

4. The verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial.

> Judgment affirmed.  Bloodworth and Harwell, JJ., concur.
> Decided October 30, 1917.

Conviction of assault with intent to rape; from Wayne superior court—Judge Highsmith.  May 26, 1917.

James R. Thomas, Thomas & Walker, for plaintiff in error.

Alvin V. Sellers, solicitor-general, contra.